No. 86–1772. UNITED PACIFIC INSURANCE CO. *v.* LAUREL COUNTY ET AL.; and

No. 86–1922.  LAUREL COUNTY ET AL. v. UNITED STATES. C. A. 6th Cir.  Certiorari denied.